STEPHENS & CONROW'COMPANY, Respondent, *v.* AMERICAN INK COMPANY, Appellant.

*Stephens & Conrow Co.* v. *American Ink Co.,* 120 App. Div. 879, affirmed (Argued November 18, 1908; decided December 8, 1908.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered June 21, 1907, affirming a judgment in favor of plaintiff entered upon a verdict directed by the court and an order denying a motion for a new trial in an action to recover for material alleged to have been sold and delivered.

*Clarence J. Shearn* for appellant.

*Edwin C. Vogel* and *Alfred A. Cook* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, HAIGHT, WERNER, HISCOCK and CHASE, JJ. Dissenting: WILLARD BARTLETT, J.